# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

155007

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                    SC: 155007
                                    COA: 334514
                                    Wayne CC: 12-006201-FC

JOMIAH WASHINGTON,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 23, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



t0326

Clerk